**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:22-cv-00705** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **STRUCTURE BUILDERS, LLC** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, on this 23rd day of September 2022, default having been entered against

Defendant Structure Builders, LLC (Doc. No. 6), and upon consideration of Plaintiff's Motion

for Default Judgment (Doc. No. 9) and supporting documents (Doc. Nos. 10-11), **IT IS**

**ORDERED THAT**:

1. Plaintiff's Motion for Default Judgment (Doc. No. 9) is **GRANTED**;

2. Judgment is entered in favor of Plaintiff United States of America and against Defendant Structure Builders, LLC in the amount of $55,538.12;

3. Judgment is to accrue interest at the current legal rate and compounded annually until paid in full; and

4. The Clerk of Court is directed to **CLOSE** this case.


s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania