# United States District Court

**MIDDLE DISTRICT OF PENNSYLVANIA**
**JUDGMENT IN A CIVIL CASE**

United States of America                      Case No: 1:22-CV-0705
    Plaintiff

V.

Structure Builders, LLC.                      Judge Yvette Kane
    Defendant

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that default judgment be and is hereby entered in favor of the Plaintiff, United States of America, and against the Defendant, Structure Builders, LLC. In the amount of $55,538.12. Judgment is to accrue interest at the current legal rate and compounded annually until paid in full.

**Date:** September 23, 2022            **Peter Welsh, Clerk of Court**

                                                   /s/ Mark J. Armbruster
                                                          Deputy Clerk